IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERRI S. WESTBROOK         :

vs.                        :       Civil WDQ-05-2069

BOARD OF EDUCATION OF      :
BALTIMORE COUNTY, et al    :

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 APR 20  P 1: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## JUDGMENT

The above entitled case having come on for trial by Jury before the undersigned and the issues having been duly tried and submitted to the jury, and the jury having rendered its verdict on a special verdict form, it is, this 20th day of April 2007, ORDERED and ADJUDGED:

1. That judgment BE, and it hereby IS, entered in favor of plaintiff against defendant Board of Education of Baltimore County in the sum of two hundred twenty-five thousand dollars ($225,000.00).

2. That any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

_____
William D. Quarles, Jr.
U.S. District Judge